**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**HENRY CHOICE,**
       **Plaintiff,**

vs.                                        **Case No. 5:06cv228/MCR/MD**

**JOHN DOE,**
       **Defendant.**

---

**ORDER**

On November 27, 2006 this court entered an order (doc. 3) requiring plaintiff to file an amended complaint and motion to proceed *in forma pauperis* within thirty days. Plaintiff did not respond to the order. Accordingly, on January 10, 2007 the court entered an order (doc. 5) requiring plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court. To date, plaintiff has not responded to the order. Copies of both orders were mailed to plaintiff at his address of record, Florida State Prison. Although neither copy has been returned as undeliverable, it has come to the court's attention that plaintiff's address has changed, and that this may have affected his timely receipt of mail. *See* www.dc.state.fl.us. Therefore, in the interests of justice the court will provide plaintiff a final opportunity to comply with the previous orders of the court.

Accordingly, it is ORDERED:

1. The clerk shall mail a copy of this order, and copies of the court's November 27, 2006 and January 10, 2007 orders (docs. 3 and 5) to plaintiff at the following address: Washington Correctional Institution, 4455 Sam Mitchell Drive, Chipley, Florida 32428.

2.  Plaintiff shall have **fifteen (15) days** from the docketing date of this order to show cause why this case should not be dismissed for failure to comply with an order of the court.

3.  Plaintiff is warned that it is his responsibility to keep the court informed of his current address.  Failure to do so will result in dismissal of his case.

DONE AND ORDERED this 2nd day of February, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**