**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**HENRY CHOICE,**
       **Plaintiff,**

vs.                                      **Case No. 5:06cv228/MCR/MD**

**JOHN DOE,**
       **Defendant.**

---

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action in November of 2006 by filing a civil rights complaint in the United States District Court for the Middle District of Florida. Thereafter, the case was transferred to this court. (Doc. 1). Because plaintiff had not filed his complaint on the court form, and had also failed to submit the filing fee or a motion to proceed *in forma pauperis*, this court entered an order on November 27, 2006 requiring plaintiff to file an amended complaint and a motion to proceed *in forma pauperis* within thirty days. (Doc. 3). Plaintiff did not respond to the order.

Accordingly, on January 10, 2007 the court entered an order requiring plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court. (Doc. 5). Plaintiff did not respond to that order. Copies of both orders were mailed to plaintiff at his then address of record, Florida State Prison. Although neither copy was returned as undeliverable, it came to the court's attention that plaintiff's address had changed, and that this change may have affected his timely receipt of mail. *See* www.dc.state.fl.us. Therefore, in the interests of justice, the court issued an order on February 2, 2007 directing the clerk

to re-mail copies of its previous orders to plaintiff at his new address, and providing plaintiff a final opportunity to comply with those orders by showing cause within fifteen days why this case should not be dismissed.  To date, plaintiff has not responded to the order.  No correspondence has been received from plaintiff since December 13, 2006.  (*See* doc. 4).

Accordingly, it respectfully RECOMMENDED:

1.  That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 22nd day of February, 2007.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**